UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHANNELL COMMERCIAL CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br>    v.<br><br>PENCELL PLASTICS, INC., a New Jersey corporation; HUBBELL INCORPORATED, a Connecticut corporation; and HUBBELL POWER SYSTEMS, INC., a Delaware corporation,<br><br>        Defendants. | CASE NO. EDCV 14-00474 TJH (SPx)<br><br>**ORDER**<br>**(1) APPOINTING A SPECIAL MASTER TO REPORT AND RECOMMEND ON CLAIM CONSTRUCTION; AND**<br>**(2) CONTINUING THE HEARING/SUBMISSION DATE**<br>**[68]** |
| PENCELL PLASTICS, INC., a New Jersey corporation; HUBBELL INCORPORATED, a Connecticut corporation; and HUBBELL POWER SYSTEMS, INC., a Delaware corporation,<br><br>        Counterclaimants,<br>    v.<br><br>CHANNELL COMMERCIAL CORPORATION, a Delaware corporation,<br><br>        Counterdefendant. | |

## ORDER

Based on the Parties' "Joint Stipulation Seeking (1) Appointment of a Special Master to Report and Recommend on Claim Construction; and (2) Continuance of Hearing/Submission Date" and the Confidential Affidavit of Hon. James Ware (Ret.), and pursuant to Rule 53 of the Federal Rules of Civil Procedure and Local Rule 53-1, it is ORDERED as follows:

1. The Honorable James Ware (Ret.) is hereby appointed as Special Master to report and recommend to the Court in writing on the proper disposition of the issues of patent claim construction in this case.  The Special Master is to proceed with all reasonable diligence in conducting a claim construction interpretation analysis, and is empowered to review the submissions of the Parties, including their opening, opposition, and reply briefs on claim construction, and hold oral argument.  The Special Master's report and recommendation shall include the Special Master's analysis of the evidence leading to his interpretation.

2. The Special Master may confer with the Court.

3. The Special Master shall have the right to communicate *ex parte* with the Court, but may not communicate *ex parte* with any party.

4. The Special Master shall preserve a complete record of the evidence considered by the Special Master in making his report and recommendation.  The Special Master shall also preserve through the use of a court reporter, and file a transcript of, any arguments before the Special Master.

5. A party may file objections to, or move to adopt or modify, the Special Master's report and recommendation no later than 21 days after the receipt of the Special Master's report.  A party may file a response to such objection or motion within 14 days of the filing of such objection or motion.

6. Review of the report and recommendation of the Special Master shall be *de novo*.

1       7.    The Special Master shall be compensated pursuant to the fee schedule attached as Exhibit 1.  The Special Master's fees and reasonable expenses relating to his duties as Special Master shall be allocated as follows: 50% to be paid by the Plaintiff and 50% to be paid by the Defendants.

       8.    The Clerk of the Court is DIRECTED to include Judge Ware on the docket of this case and provide notification of all filings and court orders to Judge Ware (jware@jamsadr.com; snevins@jamsadr.com).

       9.    The hearing/submission date for the Parties' *Markman* briefing previously schedule for July 27, 2015 is hereby taken off calendar.  The Special Master shall instead conduct a hearing and/or take oral argument on claim construction issues on August 6, 2015 at 9:00 a.m. at JAMS, 555 West Fifth Street (Gas Company Tower), 32nd Floor, Los Angeles, California 90013, or at such other time and location as the Parties and the Special Master shall agree.

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge

# EXHIBIT 1



# General Fee Schedule
Hon. James Ware (Ret.)
For Sessions in Los Angeles

## PROFESSIONAL FEES

**Daily Rate** ............................................................. **$7,000**
Includes up to 8 hours of session time on the scheduled day and up to 2 hours of reading and research time

- Other professional time, including additional session time, pre and post session reading and research, and conference calls, will be billed at $700 per hour.

## NON-REFUNDABLE CASE MANAGEMENT FEE

- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support. Weekends and holidays are subject to additional charges.
- The Case Management Fee is reassessed on cases that continue beyond originally scheduled professional time.
- Professional fees include time spent for sessions and pre- and post-sessions reading and research time.

### Mediations
| One day is defined as 10 hours of professional time | Fee |
| --- | --- |
| 1-3 days | $275 per party, per day |
| Time in excess of initial 30 hours | 10% of professional fees |

### Discovery, Court Reference and Contract Matters
| One day is defined as 10 hours of professional time | Fee |
| --- | --- |
| 1-3 days | $400 per party, per day |
| Time in excess of initial 30 hours | 10% of professional fees |

### Arbitrations
See neutral's individual arbitration fee schedule.

## CANCELLATION/CONTINUANCE POLICY

| | Cancellation/Continuance Period | Fee |
| --- | --- | --- |
| 1 day or more | 14 days or more prior to session | 100% REFUNDABLE, except for time incurred |
| 2 days or more | 30 days or more prior to session | 100% REFUNDABLE, except for time incurred |
| 3 days or more | 45 days or more prior to session | 100% REFUNDABLE, except for time incurred |
| Sessions of any length | Inside the cancellation/continuance period | NON-REFUNDABLE |

- Unused session time is non-refundable.
- Session fees are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Neutral's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.
- A retainer for anticipated preparation and follow-up time is billed to the parties. Any unused portion is refunded.
- All fees are due and payable upon receipt of invoice and payment must be received in advance of session. JAMS reserves the right to cancel your session if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.

JAMS agreement to render services is with the attorney, the party, and/or other representatives of the party.

San Francisco • Silicon Valley • Santa Rosa • Walnut Creek • Sacramento
www.jamsadr.com • Updated 09/05/12