# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHANNELL COMMERCIAL CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENCELL PLASTICS, INC., a New Jersey corporation; HUBBELL INCORPORATED, a Connecticut corporation; and HUBBELL POWER SYSTEMS, INC., a Delaware corporation,<br><br>　　　　Defendants.<br><br>PENCELL PLASTICS, INC., a New Jersey Corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>CHANNELL COMMERCIAL CORPORATION, a Delaware corporation,<br><br>　　　　Counterdefendant. | CASE NO. EDCV 14-00474 TJH (SPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br>**[JS-6]** |

1   This Court having received a stipulation executed by all parties, by and
2 through their counsel of record, for dismissal with prejudice of this action, and good
3 cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its
4 entirety with prejudice, with each party to bear its own fees, expenses, and costs.

6   Dated: November 10, 2015

*[signature: Terry J. Hatter, Jr.]*

The Honorable Terry J. Hatter, Jr.
United States District Judge